UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SCOTT EDWARD ZIEGLER,
        Petitioner,

v.                                        Case No. 13-C-0609

JIM SCHWOCHERT, Warden,
Dodge Correctional Institution,
        Respondent.

## ORDER

In my order of June 7, 2013, I noted that petitioner had requested that this habeas case be stayed and held in abeyance while he pursues state-court remedies. I asked the respondent to indicate whether he opposes the request, and he has indicated that he does not. Therefore, **IT IS ORDERED** that this case is **STAYED** pending the conclusion of petitioner's state-court proceedings. Petitioner shall inform the court and the respondent every ninety days of the status of his state-court cases. Within thirty days after the conclusion of his state-court proceedings, petitioner shall notify the court and the respondent of the fact that they have concluded.

Dated at Milwaukee, Wisconsin, this 12th day of July, 2013.

                                                s/ Lynn Adelman
                                                _____
                                                LYNN ADELMAN
                                                District Judge