UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SCOTT EDWARD ZIEGLER,

    Petitioner,

v.

JIM SCHWOCHERT,

    Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No. 13-cv-0609-bhl

☐ **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☒ **Decision by Court**. This action came before the court for consideration.

PURSUANT TO THE COURT'S ORDER, the petition is DENIED and this action is DISMISSED.

Dated: October 27, 2020

GINA M. COLLETTI
Clerk of Court

*s/ Melissa P.*
(By) Deputy Clerk